IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| GARY M. MOZELLE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:09-CV-57 (WLS) |
| | : | |
| BRIAN OWENS, THOMAS AMMONS, | : | |
| MS. HUTTO, DR. SMITH, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed May 5, 2009. (Doc. 5). It is recommended that Defendant Thomas Ammons be **DISMISSED** as a defendant in the instant action. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 5) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Thomas Ammons is hereby **DISMISSED** as a defendant in the instant action. Thus, Plaintiff's Complaint (Doc. 2) shall proceed against the remaining defendants.

**SO ORDERED**, this 9th day of February, 2010.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1